IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02677-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2008

GREGORY C. LANGHAM
                    CLERK

LAURA RAINEY ANDERSON,

Plaintiff,

v.

AURORA HOUSING AUTHORITY, Section 8 Program,

Defendant.

---

ORDER OF DISMISSAL

---

Plaintiff Laura Rainey Anderson initiated this action by filing a *pro se* Complaint. On February 11, 2008, Magistrate Judge Boyd N. Boland ordered Ms. Anderson to file an Amended Complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Ms. Anderson was warned that the action would be dismissed without further notice if she failed to file an Amended Complaint within thirty days.

Ms. Anderson has failed within the time allowed to file an Amended Complaint, and she has failed to respond to Magistrate Judge Boland's February 11, 2008, Order in any way. The Court has reviewed the Complaint, concurs with Magistrate Judge Boland's findings, and finds that the action should be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to file an Amended Complaint as directed and for failure to prosecute.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02677-BNB

Laura Rainey Anderson
PO Box 440371
Aurora, CO 80044

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** above-named individuals on 3/28/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk